**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
WENXIN LIANG,

                              Petitioner,                    25 **CIVIL** 9322 (MKV)

          -against-                                          **JUDGMENT**

JUDITH ALMODOVAR, in her official capacity
as Field Office Director of Enforcement and
Removal Operations, New York City, Immigration
and Customs Enforcement; KRISTI NOEM, in her
official capacity as Secretary of the U.S.
Department of Homeland Security; PAMELA
BONDI, in her official capacity as Attorney
General of the United States; EXECUTIVE
OFFICE FOR IMMIGRATION REVIEW,

                              Respondents.
--------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated December 15, 2025, the Petition is DENIED with

prejudice.

**DATED:**  New York, New York
          December 17, 2025

                                        **TAMMI M. HELLWIG**
                                        _____
                                              **Clerk of Court**

                              BY:       _____
                                              **Deputy Clerk**